UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN WAYNE BONILLA,

          Petitioner,

   v.

KERN COUNTY, et al.,

          Respondents.

No.  2:18-cv-00331 GGH

ORDER TO SHOW CAUSE

Petitioner appears in this habeas matter pro se.

On April 5, 2018 tis court issued an Order directing that petitioner file a completed application to proceed with this matter with in forma pauperis status or submit the required filing fee. ECF No. 4.  Petitioner did not comply.  Instead he sent a letter to the court that appears to expand on the allegations of petition, a request for equitable relief, and a second request for expedited review of his petition.  That letter is completely unresponsive to the court's order and is, in fact, not a proper filing in the instance.

Within 14 days of the service of this Order petitioner is directed to respond to this Order to Show Cause by stating why this matter should not be delayed and ultimately dismissed for failure to obey the Order of the court.

In light of the foregoing IT IS HEREBY ORDERED that:

1.     The Clerk of the Court shall strike Petitioner's impermissible attempted filing, ECF No. 5;

1

2.    Petitioner shall file a Response to this Order to Show Cause within 14 days of the service of the Order;

3.    Review of this case will be indefinitely delayed while this Order is pending and unanswered;

4.    Petitioner is warned that failure to respond to this Order may result in a recommendation that the District Court dismiss the petition.

Dated: May 11, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

2